IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 25, 2008

Charles R. Fulbruge III
Clerk

No. 07-10636
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

NINA K. RAJWANI,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Texas
No. 4:04-CR-174

Before SMITH, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Nina Rajwani has moved to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Rajwani has filed a response. Our independent review of the record, counsel's brief, and Rajwani's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 07-10636

DISMISSED.  See 5TH CIR. R. 42.2.